IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LINDA COOP**                                                                                       **PLAINTIFF**

v.                             Case No.: 3:19-cv-254-LPR

**LAWRENCE OPERATIONS, LLC**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Lawrence Operations, LLC on all claims asserted against it.

IT IS SO ADJUDGED this 30th day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE